**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-4333**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

DAMIAN ANTHENY COSTELLO,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:24-cr-00003-GMG-RWT-21)

---

Submitted:  May 20, 2026                 Decided:  June 30, 2026

---

Before NIEMEYER and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:**  Richard W. Weston, WESTON INJURY LAW, PLLC, Huntington, West Virginia, for Appellant.  Matthew L. Harvey, United States Attorney, Lara K. Omps-Botteicher, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Defendant Damian Costello appeals from his conviction after a jury trial on charges of conspiracy to possess with intent to distribute and to distribute fentanyl, methamphetamine, cocaine, and cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

On appeal, Costello challenges an isolated remark by a prosecutor as improper vouching, as well as the district court's application of two separate sentencing enhancements. However, Costello made no relevant objections before the district court, so we review for plain error. *United States v. Dawson*, 587 F.3d 640, 645 (4th Cir. 2009). Having reviewed the record with that stringent standard in mind, we find no reversible error.

Accordingly, we affirm his conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2